[No. 6131-1. Division One. May 7, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES L. PRATER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83091, William C. Goodloe, J., entered November 23, 1977. *Affirmed* by unpublished opinion per Swanson, A.C.J., concurred in by James and Dore, JJ.

[No. 6176-1. Division One. May 7, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD A. LITTLE, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 3403, Harry A. Follman, J., entered December 27, 1977. *Reversed* by unpublished opinion per Williams, J., concurred in by Farris and Ringold, JJ.

[No. 6356-1. Division One. May 7, 1979.]

JOINT ADMINISTRATIVE BOARD OF THE PLUMBING AND PIPE-FITTING INDUSTRY, *Respondent,* v. CITY HEATING AND SHEET METAL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 824733, William C. Goodloe, J., entered February 3, 1978. *Affirmed in part* and *remanded* by unpublished opinion per James, J., concurred in by Williams and Dore, JJ.